

**AQUA CHEM**
Global. Water. Solutions.

3001 E. John Sevier Hwy
Knoxville, TN 37914
USA

## INVOICE

PLEASE REMIT TO: AQUA-CHEM, INC AT:
WHOLESALE LOCKBOX - 5163
PO BOX 63-5163
CINCINNATI, OH 45263-5163
Do not send correspondence to this address.

| Invoice No. | Date |
|---|---|
| 054527 | 06/01/15 |

Refer to Invoice Number When Remitting

| Sales Order | Cust No | Customer PO # | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0060624-0001 | 287970 | 510019934 | 12/10/14 | E | 5100119934 | NET 30 |

| Sales Rep | Ship Date | Shipped Via | F.O.B. Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| JOE TOVAR | 05/27/15 | CUST RTD CENTRAL | FCA KNOXVILLE | N | 21553456613 |

**SOLD TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
PURCHASING AGENT (BEOO)
PRESIDENT KENNEDYLAAN 19
2517 JK THE HAUGE
THE NETERLANDS

**SHIP TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
CONTACT: CLOVER INTL INC.
TO ARRANGE COLLECTION
TEL: 305-499-7070

| Item | T | Quantity Order | B/O | Ship | Part Number/Revision | Description | Unit Price $ USD | Amount $ USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SORT CODE: 4 | | |
| | | | | | | NO PARTIALS ALLOWED! SEPARATE CERT OF CONFORMANCE AND AQUA CHEM CERT OF ORIGIN REQUIRED. AQUA CHEM, PDVSA SUPPLIER CODE: 350000477 BIDDING PROCESS NO. PZ63025254 | | |
| | | | | | | SHIPING MARKS: BARIVEN S.A./ PEQUIVEN EL TABLAZO. 5100119934/PZ63025254 EL TABLACO VIA: MARACAIBO, VENEZUELA PRIORITY LEVEL 4. FIELD EXPEDITING: N INSPECTION FLAG: N REF: G-20000107-0 | | |
| | | | | | | CUSTOMER PO#: 510019934 | | |
| 001 | S | 1.00 | | 1.00 | 853-09291-000 | MANWAY GASKET P/F: EFFECT 1 VAPOR SEPARATOR DWG: 625-C-7636 CODE ID 09647 TAG: E4-D451 CHLORINE PLANT | 2,223.42 | 2,223.42 |



\\KNX-GSS2\APPS$\GLOBAL\BUSINT\OE_INVOICE_AQI4.RPT    CUSTOMER    Page: 1

Ex.4



## AQUA CHEM
Global. Water. Solutions.

3001 E. John Sevier Hwy
Knoxville, TN 37914
USA

# INVOICE

PLEASE REMIT TO: AQUA-CHEM, INC AT:
WHOLESALE LOCKBOX - 5163
PO BOX 63-5163
CINCINNATI, OH 45263-5163
Do not send correspondence to this address.

| Invoice No. | Date |
|---|---|
| 054527 | 06/01/15 |

Refer to Invoice Number When Remitting

| Sales Order | Cust No | Customer PO # | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0060624-0001 | 287970 | 510019934 | 12/10/14 | E | 5100119934 | NET 30 |

| Sales Rep | Ship Date | Shipped Via | F.O.B. Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| JOE TOVAR | 05/27/15 | CUST RTD CENTRAL | FCA KNOXVILLE | N | 21553456613 |

**SOLD TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
PURCHASING AGENT (BEOO)
PRESIDENT KENNEDYLAAN 19
2517 JK THE HAUGE
THE NETERLANDS

**SHIP TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
CONTACT: CLOVER INTL INC.
TO ARRANGE COLLECTION
TEL: 305-499-7070

| Item | T | Order | B/O | Ship | Part Number/Revision | Description | Unit Price $ USD | Amount $ USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | H.S.TARRIF CODE 8421.99.0040 | | |
| | | | | | | MADE IN USA. NET WT: 20 LBS | | |
| 002 | S | 1.00 | | 1.00 | 930-08242-000  01 | MIST ELIM, NI 200 | 7,136.28 | 7,136.28 |
| | | | | | | P/F: EFFECT 1 VAPOR SEPARATOR | | |
| | | | | | | DWG: 625-C-7636 CODE ID 09647 | | |
| | | | | | | TAG: E4-D451 CHLORINE PLANT | | |
| | | | | | | H.S.TARRIF CODE 8421.99.0040 | | |
| | | | | | | MADE IN USA. NET WT: 145 LBS. | | |
| 003 | S | 4.00 | | 4.00 | 851-07713-000 | SIGHT GL CYCLOPS 150# 8.0 | 1,751.91 | 7,007.64 |
| | | | | | | P/F: EFFECT 1 VAPOR SEPARATOR | | |
| | | | | | | DWG: 625-C-7636 CODE ID 09647 | | |
| | | | | | | TAG: E4-D451 CHLORINE PLANT | | |
| | | | | | | H.S.TARRIF CODE 8421.99.0040 | | |
| | | | | | | MADE IN USA. EST NET WT: 20 LB | | |
| 004 | S | 1.00 | | 1.00 | 863-07811-006 | PLT,HEX,SIDE A,NI200 W/GASKET, | 1,399.53 | 1,399.53 |
| | | | | | | Cust Part 00038140 | | |
| | | | | | | NI-200 SIDE A PLATE W/EPDM | | |
| | | | | | | GASKET, HOLE PUNCH 0034 | | |
| | | | | | | MODEL UX-218, UP-76, UJ-33. | | |
| | | | | | | CAT: SC-3017/3018/3019. | | |
| | | | | | | H.S.TARIFF CODE 7326901000 | | |
| | | | | | | MADE IN USA. EST NET WT: 8 LBS | | |



**AQUA CHEM**
Global. Water. Solutions.

3001 E. John Sevier Hwy
Knoxville, TN 37914
USA

## INVOICE

PLEASE REMIT TO: AQUA-CHEM, INC AT:
WHOLESALE LOCKBOX - 5163
PO BOX 63-5163
CINCINNATI, OH 45263-5163
Do not send correspondence to this address.

| Invoice No. | Date |
|---|---|
| 054527 | 06/01/15 |

Refer to Invoice Number When Remitting

| Sales Order | Cust No | Customer PO # | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0060624-0001 | 287970 | 510019934 | 12/10/14 | E | 5100119934 | NET 30 |

| Sales Rep | Ship Date | Shipped Via | F.O.B. Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| JOE TOVAR | 05/27/15 | CUST RTD CENTRAL | FCA KNOXVILLE | N | 21553456613 |

**SOLD TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
PURCHASING AGENT (BEOO)
PRESIDENT KENNEDYLAAN 19
2517 JK THE HAUGE
THE NETERLANDS

**SHIP TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
CONTACT: CLOVER INTL INC.
TO ARRANGE COLLECTION
TEL: 305-499-7070

| Item | T | Quantity Order | B/O | Ship | Part Number/Revision | Description | Unit Price $ USD | Amount $ USD |
|---|---|---|---|---|---|---|---|---|
| 005 | S | 1.00 | | 1.00 | 863-07811-009 | PLT,HEX,SIDE B,NI200 W/GASKET, Cust Part 00038146 NI-200 SIDE B PLATE W/EPDM GASKET, HOLE PUNCH 1034 MODEL UX-218, UP-76, UJ-33. CAT: SC-3017/3018/3019. H.S.TARIFF CODE 7326901000 MADE IN USA. EST NET WT. 8 LBS | 1,399.53 | 1,399.53 |
| 006 | S | 514.00 | | 514.00 | 863-07811-002 02 | SPARE "A/B" GASKETS UX-2 Cust Part 00038157 EPDM GASKET FOR A/B PLATES MODEL UX-218, UP-76, UJ-33. HEAT/EXCHANGERS. CAT: SC-3017/3018/3019. H.S.TARIFF CODE 8421990040 MADE IN USA. EST NET WT:0.38LB | 73.08 | 37,563.12 |
| 007 | S | 311.00 | | 311.00 | 863-07811-001 02 | PLT,HEX,A&B,NI-200 W/GASKET, Cust Part 0038158 NI-200 SIDE A & B PLATE W/EPDM GASKET, HOLE PUNCH 1234 MODEL UX-218, UP-76, UJ-33. CAT: SC-3017/3018/3019. H.S.TARIFF CODE 7326901000 MADE IN USA. EST NET WT. 8 LBS | 1,347.47 | 419,063.17 |



# INVOICE

PLEASE REMIT TO: AQUA-CHEM, INC AT:
WHOLESALE LOCKBOX - 5163
PO BOX 63-5163
CINCINNATI, OH 45263-5163
Do not send correspondence to this address.

Global. Water. Solutions.
3001 E. John Sevier Hwy
Knoxville, TN 37914
USA

| Invoice No. | Date |
|---|---|
| 054527 | 06/01/15 |

Refer to Invoice Number When Remitting

| Sales Order | Cust No | Customer PO # | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0060624-0001 | 287970 | 510019934 | 12/10/14 | E | 5100119934 | NET 30 |

| Sales Rep | Ship Date | Shipped Via | F.O.B. Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| JOE TOVAR | 05/27/15 | CUST RTD CENTRAL | FCA KNOXVILLE | N | 21553456613 |

**SOLD TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
PURCHASING AGENT (BEOO)
PRESIDENT KENNEDYLAAN 19
2517 JK THE HAUGE
THE NETERLANDS

**SHIP TO:** BARIVEN S.A.
C/O PDVSA SERVICES, B.V.
CONTACT: CLOVER INTL INC.
TO ARRANGE COLLECTION
TEL: 305-499-7070

| Item | T | Quantity Order | B/O | Ship | Part Number/Revision | Description | Unit Price $ USD | Amount $ USD |
|---|---|---|---|---|---|---|---|---|
| 008 | S | 3.00 | | 3.00 | 863-07811-005 | PLT,HEX,SIDE A,NI200 W/GASKET, Cust Part 0038159 NI-200 SIDE A PLATE W/EPDM GASKET, HOLE PUNCH 1230 MODEL UX-218, UP-76, UJ-33. CAT: SC-3017/3018/3019. H.S.TARIFF CODE 7326901000 MADE IN USA. EST NET WT. 8 LBS | 1,399.53 | 4,198.59 |
| 009 | S | 1.00 | | 1.00 | 863-07811-010 | PLT,HEX,SIDE B,NI200 W/GASKET, Cust Part 0038165 NI-200 SIDE B PLATE W/EPDM GASKET, HOLE PUNCH 0234 MODEL UX-218, UP-76, UJ-33. CAT: SC-3017/3018/3019. H.S.TARIFF CODE 7326901000 MADE IN USA. EST NET WT. 8 LBS | 1,399.22 | 1,399.22 |

TOTAL: $ 481,390.50